HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
JARRAIL SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-CR-00188 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE DATE |
| vs. | ) ) | Date: December 10, 2015 |
| JARRAIL SMITH, | ) ) | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Nirav Desai, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Jarrail Smith, that the status hearing scheduled for December 10, 2015 be vacated and be continued to February 18, 2016 at 9:30 a.m.

The grounds for this continuance are that the United States has recently obtained new evidence which Defense needs time to review.

Based on the foregoing, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2015 to February 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's

request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 9, 2015              Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Douglas Beevers*
                                            DOUGLAS J. BEEVERS
                                            Assistant Federal Defender
                                            Attorney for Jarrail Smith

DATED: December 9, 2015              BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Douglas Beevers for*
                                            NIRAV DESAI
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  December 8, 2015

                                            Troy L. Nunley
                                            United States District Judge