BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00188 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JARRAIL LAMONT SMITH, | DATE: February 18, 2016 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 18, 2016. On February 17, 2016, the Court continued the hearing to February 25, 2016.

2. By this stipulation, defendants now move to continue the status conference until March 10, 2016, at 9:30 a.m., and to exclude time between February 18, 2016, and March 10, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes recorded interviews, cell phone records, subpoena returns, and reports of investigation. All of this discovery has been either produced directly to counsel and/or made available for

1    inspection and copying.

2           b)      The government has recently produced additional discovery to defendant
3    consisting of recorded jail telephone calls, and it anticipates producing additional discovery
4    within the next few weeks.  Accordingly, defense counsel will need additional time to review
5    these materials.

6           c)      Counsel for defendant believes that failure to grant the above-requested
7    continuance would deny him the reasonable time necessary for effective preparation, taking into
8    account the exercise of due diligence.

9           d)      The government does not object to the continuance.

10          e)      Based on the above-stated findings, the ends of justice served by continuing the
11   case as requested outweigh the interest of the public and the defendant in a trial within the
12   original date prescribed by the Speedy Trial Act.

13          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
14   et seq., within which trial must commence, the time period of February 18, 2016 to March 10,
15   2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
16   T4] because it results from a continuance granted by the Court at defendant's request on the basis
17   of the Court's finding that the ends of justice served by taking such action outweigh the best
18   interest of the public and the defendant in a speedy trial.

19   4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
20   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
21   must commence.

22          IT IS SO STIPULATED.

23   Dated:  February 18, 2016                    BENJAMIN B. WAGNER
                                                  United States Attorney

25                                                 /s/ MICHELE BECKWITH
                                                  MICHELE BECKWITH
26                                                Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME               2
PERIODS UNDER SPEEDY TRIAL ACT

Dated: February 18, 2016                             /s/ DOUGLAS BEEVERS
                                                     DOUGLAS BEEVERS
                                                     Counsel for Defendant
                                                     Jarrail Smith

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of February, 2016.

_____
Troy L. Nunley
United States District Judge