HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
JARRAIL SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-CR-00188 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE DATE |
| vs. | ) ) | Date: April 14, 2016 |
| JARRAIL SMITH, | ) ) | Time: 9:30 a.m. Judge: Hon. Troy L. Nunley |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Assistant United States Attorney Michele M. Beckwith, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Jarrail Smith, that the status conference scheduled for April 14, 2016 be vacated and be continued to May 5, 2016 at 9:30 a.m.

The grounds for continuance are that defense counsel requires additional time to interview witnesses and review discovery.

Based on the foregoing, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 14, 2016 to May 5, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's

-1-

1 request on the basis of the Court's finding that the ends of justice served by taking such action
2 outweigh the best interest of the public and the defendant in a speedy trial.
3
4
5 DATED: April 12, 2016                    Respectfully submitted,
6                                          HEATHER E. WILLIAMS
7                                          Federal Defender

8                                          */s/ Douglas Beevers*
                                           DOUGLAS J. BEEVERS
9                                          Assistant Federal Defender
                                           Attorney for Jarrail Smith
10
11
12 DATED: April 12, 2016                   BENJAMIN B. WAGNER
                                           United States Attorney
13
                                           */s/ Douglas Beevers for*
14                                         MICHELE BECKWITH
15                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 5, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the April 14, 2016 status conference shall be continued until May 5, 2016 at 9:30 a.m.

DATED: April 12, 2016

Troy L. Nunley
United States District Judge