PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0188 TLN |
| Plaintiff, | |
| v. | |
| JARRAIL SMITH, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING NAMES AND PERSONAL IDENTIFYING INFORMATION |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in this case, <u>United States v. Smith</u>, 2:15-cr-188 TLN stipulate and agree, and respectfully request that the Court order that:

1.      The United States shall turn over discovery containing personal identifying information, including medical records, of third parties in this case subject to this stipulation and associated protective order.

2.      Certain documents in the government's discovery production contain names and personal identifying information of defendants and other individuals (hereinafter, the "Protected Material"). Such personal identifying information includes, but is not limited to, street addresses, telephone numbers, drivers' license numbers, social security numbers, dates of birth, medical information, and any other alphanumeric identifiers attributed to any person. Any pages of discovery that contain no personal identifying information are not subject to this order.

3.      The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for defendant only for purposes of representation in this case.

4.      Counsel for defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s).  The terms "staff," "investigator," and "expert" shall not be construed to describe defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5.      Any person receiving Protected Material or a copy of Protected Material from counsel for the defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

6.      Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given.  Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

7.      The defendant in this case may review the Protected Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof.

///
///
///
///
///
///
///
///
///
///
///
///
///

8.     The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for defendant who has confirmed for trial may make copies of the Protected Material for trial preparation and presentation.  Any copies must, however, remain in the possession of counsel, staff, investigator, expert, or the Court.

Respectfully Submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATE: May 2, 2016                    By: /s/ Michele Beckwith
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney

DATE:  May 2, 2016                   By:  /s/Michele Beckwith for Douglas J. Beevers
                                          DOUGLAS J. BEEVERS
                                          Attorney for JARRAIL SMITH

[~~PROPOSED~~] ORDER

By agreement of the parties, and good cause appearing, IT IS SO ORDERED.

DATED:  May 3, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER

3