PHILLIP A. TALBERT
Acting United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00188-TLN |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| JARRAIL LAMONT SMITH, | |
| Defendant. | |

On October 25, 2021 the Government requested an extension of time to November 9, 2021, to file its response or motion to dismiss defendant's compassionate release motion. Docket No. 54.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due November 9, 2021.

Dated: October 25, 2021

_____
Troy L. Nunley
United States District Judge

1