HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JARRAIL LAMONT SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JARRAIL LAMONT SMITH,<br><br>Defendant. | No. 2:15-cr-188 TLN<br><br>**STIPULATION SETTING A BRIEFING SCHEDULE ON DEFENDANT'S MOTION; ORDER**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable TROY L. NUNLEY |

Defendant, JARRAIL LAMONT SMITH, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows given Mr. Smith's current projected release date of March 18, 2032:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1.  Mr. Smith filed a pro se motion requesting a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 821.  Docket No. 65.

2.  Defense counsel has requested additional time to review this matter and to confer with Mr. Smith.

3.  In light of defense counsel's request for additional time, the parties agree to the following briefing schedule:

    a.  Defense supplemental motion, if any, to be filed on or before October 21, 2024;

    b.  The government's response to the motion, if any, to be filed on or before November 21, 2024; and

    c.  Mr. Smith's reply may be filed on or before 15 days from the filing of the government's response.

Respectfully submitted,

Dated:  July 22, 2024

Dated:  July 22, 2024

PHILLIP A. TALBERT
United States Attorney

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

 /s/ *David  M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Plaintiff
UNITED STATES OF AMERICA

Attorney for Defendant
JARRAIL LAMONT SMITH

**ORDER**

Pursuant to the joint stipulation, and good cause appearing therefore,

Defense supplemental motion, if any, to be filed on or before October 21, 2024;

The government's response to the motion, if any, to be filed on or before November 21, 2024; and,

Mr. Smith's reply may be filed on or before 15 days from the filing of the government's response.

**IT IS SO ORDERED.**

Dated:  July 22, 2024

Troy L. Nunley
United States District Judge